# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-56130 |
| Darshini Robinson } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## Notice of Change of Address

My Former Mailing Address was:

Name:    Darshini Robinson

Street:    1608 Bostwick Rd

City, State, Zip: Columbus, OH 43227

**Please be advised that effective December 9th, 2014
my new mailing address is:**

Name: **Darshini Robiinson**

Street: **208 Macenroe Dr**

City, State ,Zip: **Blacklick, OH 43004**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic. mail December 9th, 2014 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Darshini Robinson
208 Macenroe Dr
Blacklick, OH 43004

                                         Respectfully Submitted,

                                         /s/ Erin E. Schrader
                                         Erin E. Schrader (0078078)
                                         5 East Long Street
                                         Suite 300
                                         Columbus, Ohio 43215
                                         (614) 228-4480